UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER S. AVERETT,<br><br>        Plaintiff,<br>   v.<br><br>STATE OF OREGON DEPARTMENT OF REVENUE,<br><br>        Defendant. | CASE NO. 3:25-cv-05166-DGE<br><br>ORDER ON NOTICE OF VOLUNTARY DISMISSAL (DKT. NO. 9) |

On April 7, 2025, Plaintiff—proceeding pro se—filed a notice of voluntary dismissal of this litigation. (Dkt. No. 9 at 2.) Accordingly, this action is HEREBY DISMISSED without prejudice in its entirety. The pending Motion to Dismiss (Dkt. No. 6) is DENIED as MOOT.

Dated this 18th day of April, 2025.

David G. Estudillo
United States District Judge

ORDER ON NOTICE OF VOLUNTARY DISMISSAL (DKT. NO. 9) - 1